FILED
December 3, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:19CR00206-TLN-1 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| PATRICIA GUIZAR, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __PATRICIA GUIZAR__, Case No. __2:19CR00206-TLN-1__, Charge __21USC § 846, 341(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 3, 2019__ at __2:00 pm__.

By   /s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court