| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00206-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| PATRICIA GUIZAR, et al., | DATE: March 12, 2020 |
| Defendants. | TIME  9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until June 18, 2020, and to exclude time between March 12, 2020 and June 18, 2020, under Local Code T4.

The reason for the continuance is that defense counsel is continuing to review voluminous discovery and to work productively with government counsel toward a resolution of the case. Defense counsel needs additional time to investigate the facts of the case and consult with their clients about the relevant facts.

Additionally, the parties have met and conferred numerous times regarding resolution of the case since the date of the prior request for a continuance. Both parties require additional time to review discrete portions of the discovery in service of resolving the case. Further, counsel for the defendants require additional time to review with their respective clients the content of discussions with the government.

The parties agree June 18, 2020 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from the date the parties stipulated through and including June 18, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: March 4, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for PATRICIA GUIZAR

*/s/ Michael E. Hansen*
MICHAEL E. HANSEN
Attorney for IAN CAMPOS MOLINA

/s/ *Dina L. Santos*
DINA L. SANTOS
Attorney for JORGE SANDOVAL RAMIREZ

DATED: March 4, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on June 18, 2020, at 9:30 a.m. The Court orders the time from March 12, 2020 up to and including June 18, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: March 5, 2020

Troy L. Nunley
United States District Judge

Stipulation and Order
to Continue Status Conference
-3-