HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00206-TLN |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| PATRICIA GUIZAR, | JUDGE:  Hon. Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant PATRICIA GUIZAR, through their respective attorneys that the release conditions imposed on Ms. Guizar on December 3, 2019 (Docket 17), will be modified to allow Ms. Guizar to travel in the Northern District of California as follows:

> 5.  You must restrict your travel to the Eastern and Northern District of California unless otherwise approved in advance by the pretrial services officer;

The proposed modifications are supported by her Pretrial Services Officer.  All other conditions shall remain in force.

DATED: July 14, 2020                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender

| | |
|---|---|
| | Attorney for PATRICIA GUIZAR |
| DATED: July 14, 2020 | MCGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Vincenza Rabenn*<br>VINCENZA RABENN<br>Assistant United States Attorney |

## ORDER

The following release conditions imposed on Ms. Guizar on December 3, 2019 (Docket 17), will be modified as follows:

5.    You must restrict your travel to the Eastern and Northern District of California unless otherwise approved in advance by the pretrial services officer;

Dated: July 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
to Modify Special Condition of Release
-3-
*United States v. Guizar*, 2:19-cr-00206-TLN