HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PATRICIA GUIZAR, et al., <br> Defendants. | Case No. 2:19-cr-00206-TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> DATE:  October 22, 2020 <br> TIME   9:30 a.m. <br> JUDGE: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until December 17, 2020, at  9:30 a.m., and to exclude time between October 22, 2020 and December 17, 2020, under Local Code T4.

The reason for the continuance is that defense counsel is continuing to review voluminous discovery and to work productively with government counsel toward a resolution of the case.  Defense counsel needs additional time to investigate the facts of the case and consult with their clients about the relevant facts.

The parties agree December 17, 2020 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including December 17, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. Nothing in this

stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: October 16, 2020              Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

                                                               */s/ Noa E. Oren*
                                                               NOA E. OREN
                                                               Assistant Federal Defender
                                                               Attorney for PATRICIA GUIZAR


                                                               /s/ *Dina L. Santos*
                                                               DINA L. SANTOS
                                                               Attorney for JORGE SANDOVAL RAMIREZ

DATED: October 16, 2020              MCGREGOR W. SCOTT
                                                               United States Attorney

                                                               */s/Vincenza Rabenn*
                                                               VINCENZA RABENN
                                                               Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on December 17, 2020, at 9:30 a.m.  The Court orders the time from October 22, 2020 up to and including December 17, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 16, 2020

_____
Troy L. Nunley
United States District Judge