HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00206-TLN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| PATRICIA GUIZAR, et al., | DATE:        December 17, 2020 |
| Defendants. | TIME         9:30 a.m. |
| | JUDGE:     Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until February 11, 2021, and to exclude time between December 17, 2020 and February 11, 2021, under Local Code T4.

The reason for the continuance is that defense counsel is continuing to review voluminous discovery and to work productively with government counsel toward a resolution of the case. Defense counsel needs additional time to investigate the facts of the case and consult with their clients about the relevant facts.

The parties agree February 11, 2021 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including February 11, 2021,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate

1    that additional time periods are excludable from the period within which a trial must commence.

2

3    DATED: December 9, 2020              Respectfully submitted,

                                         HEATHER E. WILLIAMS
4                                        Federal Defender

5                                        /s/ Noa E. Oren
                                         NOA E. OREN
6                                        Assistant Federal Defender
                                         Attorney for PATRICIA GUIZAR

7

8    DATED: December 9, 2020              /s/ Etan Zaitsu
                                         ETAN ZAITSU
9                                        Attorney for JORGE SANDOVAL RAMIREZ

10

11   DATED: December 9, 2020              MCGREGOR W. SCOTT
                                         United States Attorney

12                                       /s/Vincenza Rabenn
                                         VINCENZA RABENN
13                                       Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on February 11, 2021, at 9:30 a.m.  The Court orders the time from December 17, 2020 up to and including February 11, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: December 9, 2020

Troy L. Nunley
United States District Judge