HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA GUIZAR, et al.,<br><br>Defendants. | Case No. 2:19-cr-00206-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:     February 11, 2021<br>TIME       9:30 a.m.<br>JUDGE:   Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until June 17, 2021, at 9:30 a.m., and to exclude time between February 11, 2021 and June 17, 2021, under Local Code T4.

The reason for the continuance is that defense counsel is continuing to review voluminous discovery and to work productively with government counsel toward a resolution of the case.  Defense counsel needs additional time to investigate the facts of the case and consult with their clients about the relevant facts.

The parties agree June 17, 2021 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including June 17, 2021,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

additional time periods are excludable from the period within which a trial must commence.

DATED: February 5, 2021                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for PATRICIA GUIZAR

DATED: February 5, 2021                /s/ *Etan Zaitsu*
ETAN ZAITSU
Attorney for JORGE SANDOVAL RAMIREZ

DATED: February 5, 2021                MCGREGOR W. SCOTT
United States Attorney

*/s/Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney

Case 2:19-cr-00206-TLN   Document 64   Filed 02/08/21   Page 3 of 3

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on June 17, 2021, at 9:30 a.m. The Court orders the time from February 11, 2021 up to and including June 17, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: February 8, 2021

_____
Troy L. Nunley
United States District Judge