PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA GUIZAR, and<br>JORGE ANTONIO SANDOVAL RAMIREZ,<br><br>Defendants. | CASE NO. 2:19-CR-206-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 3, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on February 3, 2022.

2. By this stipulation, defendants now move to continue the status conference until April 28, 2022, at 9:30 a.m., and to exclude time between February 3, 2022, and April 28, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 9,000 pages of investigative reports and other documents, as well as numerous audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) On January 27, 2022, the government produced over 2,000 pages of additional discovery in response to discovery requests from counsel for one of the defendants.

   c) Counsel for defendants desire additional time review the discovery, confer with their clients, conduct factual investigation and legal research, and otherwise prepare for trial.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2022 to April 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated:  February 1, 2022       PHILLIP A. TALBERT
                United States Attorney

                /s/ DAVID W. SPENCER
                DAVID W. SPENCER
                Assistant United States Attorney

Dated:  February 1, 2022       /s/ NOA OREN
                NOA OREN
                Counsel for Defendant
                PATRICIA GUIZAR

Dated: February 1, 2022                    /s/ ETAN ZAITSU
                                           ETAN ZAITSU
                                           Counsel for Defendant
                                           JORGE ANTONIO SANDOVAL
                                           RAMIREZ

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of February, 2022.

_____
Troy L. Nunley
United States District Judge