PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-206-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PATRICIA GUIZAR, | DATE: April 28, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on April 28, 2022.

2. By this stipulation, defendants now move to continue the status conference until July 14, 2022, at 9:30 a.m., and to exclude time between April 28, 2022, and July 14, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 9,000 pages of investigative reports and other documents, as well as numerous audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) On January 27, 2022, the government produced over 2,000 pages of additional discovery in response to discovery requests from counsel for one of the defendants.

      c)      Counsel for defendant desires additional time review the discovery, confer with her client, conduct factual investigation and legal research, and otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2022 to July 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 21, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated:  April 21, 2022 | /s/ NOA OREN<br>NOA OREN<br>Counsel for Defendant<br>PATRICIA GUIZAR |

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of April, 2022.

_____
Troy L. Nunley
United States District Judge