Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JORGE SANDOVAL-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JORGE SANDOVAL-RAMIREZ,<br><br>　　　　　　Defendant. | Case No.: 2:19-CR-00206<br><br>**REQUEST TO SEAL MEDICAL REPORTS; ORDER** |
|---|---|

　　　PLEASE TAKE NOTICE that Defendant Jorge Sandoval-Ramirez, by and through his undersigned counsel, requests that the "Preliminary Psychological Examination Report" by Psychologist Jennie Singer, Ph.D. be filed under seal. Sealing is sought to protect the private medical nature of the documents.

　　　Pursuant to Local Rules 141(b), the total number of pages submitted for sealing is 7. Sealing is sought until further order of the Court, to protect the private medical nature of the documents, and is consistent with the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). Only the U.S. Attorney's Office, U.S. Probation, and the Court are permitted access. A digital copy of the report has been emailed Probation and the government.

Dated: July 8, 2022                         /s/ *Etan Zaitsu*
                                            ETAN ZAITSU
                                            Attorney for Defendant
                                            JORGE SANDOVAL-RAMIREZ

**ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's "Preliminary Psychological Examination Report" shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's documents serves a compelling interest.

IT IS SO ORDERED.

DATE: July 11, 2022

                                            _____
                                            Troy L. Nunley
                                            United States District Judge