HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00206-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| PATRICIA GUIZAR, | DATE:   January 19, 2023 |
| Defendant. | TIME    9:30 a.m. |
| | JUDGE:  Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until January 19, 2023, and to exclude time between October 6, 2022 and January 19, 2023, under Local Code T4.

The reason for the continuance is that defense counsel is continuing to review voluminous discovery.

The parties agree January 19, 2023 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated through and including January 19, 2023, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

DATED: October 3, 2022                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for PATRICIA GUIZAR

DATED: October 3, 2022                PHILLIP A. TALBERT
Acting United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney

Stipulation and Order
to Continue Status Conference                -2-                *United States v. Guizar*, 2:19-cr-00206-TLN

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on January 19, 2023, at 9:30 a.m.  The Court orders the time from October 6, 2022 up to and including January 19, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 3, 2022

_____
Troy L. Nunley
United States District Judge