PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00206-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: September 12, 2024 |
| PATRICIA GUIZAR, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Patricia Guizar, by and through her attorney of record, Noa Oren, hereby move to continue the judgment and sentencing hearing currently scheduled for September 12, 2024, at 9:30 a.m., to January 16, 2025, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for September 12, 2024.
2. Additional time is needed for factual investigation related to sentencing. The parties have consulted with Probation Officer Julie Besabe and she agrees with this request.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to January 16, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: September 4, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: September 4, 2024

/s/ NOA OREN
NOA OREN
Counsel for Defendant
PATRICIA GUIZAR

**ORDER**

The date for Judgment and Sentencing is hereby continued from September 12, 2024, to January 16, 2025, at 9:30 a.m.

Dated: September 10, 2024

Troy L. Nunley
United States District Judge