HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PATRICIA GUIZAR,<br><br>   Defendant. | Case No.   2:19-cr-206 TLN-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE: ORDER<br><br>DATE:   January 16, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Chief Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Patricia Guizar, that the sentencing hearing currently set for January 16, 2025, be continued to **February 27, 2025, at 9:30 a.m.**

U.S Probation joins in the request to move the date to February 27, 2025.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Reply/Non-Opposition due:                                                         February 20, 2025

Judgment & Sentencing due:                                                       February 27, 2025

////

|     |                          |                                   |
| --- | ------------------------ | --------------------------------- |
| 1   |                          | Respectfully submitted,           |
| 2   |                          | HEATHER E. WILLIAMS               |
|     |                          | Federal Defender                  |
| 3   | Date: January 7, 2025    | */s/ Noa E. Oren*                 |
| 4   |                          | NOA E. OREN                       |
|     |                          | Assistant Federal Defender        |
| 5   |                          | Attorney for Defendant            |
| 6   |                          | PATRICIA GUIZAR                   |
| 7   |                          |                                   |
| 8   | Date: January 7, 2025    | PHILLIP A. TALBERT                |
|     |                          | United States Attorney            |
| 9   |                          |                                   |
| 10  |                          | */s/ David Spencer*               |
|     |                          | DAVID SPENCER                     |
| 11  |                          | Assistant U.S. Attorneys          |
|     |                          | Attorneys for Plaintiff           |

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

DATED: January 7, 2025

_____
Troy L. Nunley
Chief United States District Judge