| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |

Attorneys for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-206 TLN-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER |
| vs. | |
| PATRICIA GUIZAR, | DATE: February 27, 2025 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Chief Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Patricia Guizar, that the sentencing hearing currently set for February 27, 2025, be continued to **May 29, 2025, at 9:30 a.m.**

U.S Probation joins in the request to move the date to May 29, 2025.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Reply/Non-Opposition due:                              May 22, 2025

Judgment & Sentencing due:                             May 29, 2025

////

|   |   |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 18, 2025 | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>PATRICIA GUIZAR |
| Date: February 18, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | */s/ David Spencer*<br>DAVID SPENCER<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

GUIZAR: Stipulation and Order                    -2-
to Continue Sentencing/Modify PSR Schedule

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: February 18, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE