HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:19-cr-206 TLN-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER |
| vs. | |
| PATRICIA GUIZAR, | DATE:  May 29, 2025<br>TIME:   9:30 a.m. |
| Defendant. | JUDGE: Chief Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Patricia Guizar, that the sentencing hearing currently set for May 29, 2025, be continued to **September 18, 2025, at 9:30 a.m.** Ms. Guizar needs to attend to some personal matters and the parties agree that a continuance is appropriate.

U.S Probation joins in the request to move the date to September 18, 2025.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Reply/Non-Opposition due:                                                              September 11, 2025

Judgment & Sentencing due:                                                            September 18, 2025

////

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | Date: May 22, 2025 | */s/ Noa E. Oren*<br>NOA E. OREN |
| 6 | | Assistant Federal Defender<br>Attorney for Defendant |
| 7 | | PATRICIA GUIZAR |
| 8 | | |
| 9 | Date: May 22, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| 10 | | |
| 11 | | */s/ David Spencer*<br>DAVID SPENCER |
| 12 | | Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

GUIZAR: Stipulation and
Order to Continue Sentencing/Modify PSR Schedule

-2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: May 27, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE