| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | PATRICIA GUIZAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-206 TLN-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER |
| vs. | |
| PATRICIA GUIZAR, | DATE: September 18, 2025 |
| Defendant. | TIME: 9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Patricia Guizar, that the sentencing hearing currently set for September 18, 2025, be continued to **January 29, 2026, at 9:30 a.m.** Ms. Guizar needs to attend to some personal matters and the parties agree that a continuance is appropriate.

U.S Probation joins in the request to move the date to January 29, 2026.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Reply/Non-Opposition due:                                                                 January 22, 2026

Judgment & Sentencing due:                                                              January 29, 2026

////

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 11, 2025 | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>PATRICIA GUIZAR |
| Date: September 11, 2025 | ERIC GRANT<br>United States Attorney<br><br>*/s/ David Spencer*<br>DAVID SPENCER<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: September 12, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE