HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:19-cr-206 TLN-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER |
| vs. | |
| PATRICIA GUIZAR, | DATE:   January 29, 2026 |
| Defendant. | TIME:   9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Patricia Guizar, that the sentencing hearing currently set for January 29, 2026, be continued to **May 14, 2026 at 9:30 a.m.** Ms. Guizar needs to attend to some personal matters and the parties agree that a continuance is appropriate.

U.S Probation joins in the request to move the date to May 14, 2026.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Reply/Non-Opposition due:                    May 7, 2026

Judgment & Sentencing due:                    May 14, 2026

////

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 20, 2026            */s/ Noa E. Oren*
                                  NOA E. OREN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  PATRICIA GUIZAR


Date: January 20, 2026            ERIC GRANT
                                  United States Attorney

                                  */s/ David Spencer*
                                  DAVID SPENCER
                                  Assistant U.S. Attorneys
                                  Attorneys for Plaintiff

GUIZAR: Stipulation and                    -2-
Order to Continue Sentencing/Modify PSR Schedule

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

GUIZAR: Stipulation and
Order to Continue Sentencing/Modify PSR Schedule

-3-